FILED ___ ENTERED
LODGED ___ RECEIVED
AUG 29 2008
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-CV-00763-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CECELIA ROSE SANSONE,<br><br>Plaintiff,<br><br>v.<br><br>REALNETWORKS, INC.,<br><br>Defendant. | Case No. C08-763-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's complaint, together with all materials in support of and in opposition to the complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The Court has reviewed Ms. Sansone's objections to dismissal of her action. (Dkt. No. 13.) Plaintiff may not bring criminal charges against a defendant in a civil action. Further, default judgment cannot be entered in favor of a plaintiff when her complaint is frivolous and fails to state a claim upon which relief can be granted.

(2) Plaintiff's complaint (Dkt. No. 4) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 28 day of August, 2008.

MARSHA J. PECHMAN
United States District Judge